**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW MICHAEL HOBBS, an individual,<br><br>Plaintiff,<br>v.<br><br>INSPIRE BRANDS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO: CV 26-3863-DMG (Ex)<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE [15]** |

On September 9, 2026, Plaintiff MATTHEW MICHAEL HOBBS ("Plaintiff"), and Defendant INSPIRE BRANDS, INC. ("Defendant") (collectively, the "Parties"), filed their Stipulation to dismiss this action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Court, having considered the Parties' Stipulation and good cause having been found, hereby APPROVES the Stipulation and ORDERS that the above-captioned action is hereby dismissed in its entirety with prejudice. The Parties shall bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 9, 2026

DOLLY M. GEE
Chief United States District Judge